# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 25, 2019

## NO. 03-18-00860-CV

**Lauren W. Meuth, Appellant**

**v.**

**Adam W. Meuth, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on September 25, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.